IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                            CASE NO. 1:10-cv-207-SPM -GRJ

DAVID MORGAN, et al.,

    Defendants.

_____/

# O R D E R

        This matter is before the Court on Plaintiff's Request For Extension of Time to Answer.  (Doc. 38.)  Plaintiff requests that Defendant Sawgrass Tiki Bar, Inc. ("Sawgrass") be given a thirty day extension of time to respond to the Complaint. Plaintiff advises that it is engaged in settlement discussions with Sawgrass and that if Sawgrass was required to retain counsel and respond to the Complaint settlement would be less likely.

        Accordingly, upon due consideration, it is **ORDERED:**

        1.  Plaintiff's Request For Extension of Time to Answer  (Doc. 38) is **GRANTED**.

        2.  Defendant Sawgrass Tiki Bar, Inc. shall have until **April 22, 2011** to retain counsel and file its response to the Complaint.

        **DONE AND ORDERED** this 5th day of April, 2011.

        *s/ Gary R. Jones*
        GARY R. JONES
        United States Magistrate Judge