IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION

    Plaintiff,

v.                                                     CASE NO. 1:10-cv-207-SPM-GRJ

DAVID MORGAN et al.,

    Defendants.
_____ /

## O R D E R

    Pending before the Court is Plaintiff's Motion to Strike.  (Doc. 52.)  Plaintiff requests that the Court strike the letter motion filed by Defendant Bernard Ravelo (Doc. 46) because the motion fails to comply with the Local Rules and fails to raise a valid grounds for dismissal.

    On April 25, 2011 Defendant Bernard Ravelo filed a letter advising the Court that the letter should be considered as the Defendant's answer to the Complaint. In the letter Defendant denies all allegations in the complaint but concludes with the remark "I ask that this case be dismissed." Defendant does not offer any legal argument in support of dismissal other than his objection to the unfairness of settlement demands offered to him. As Plaintiff points out this comment is not a valid basis for dismissal. Accordingly, Defendant's Ravelo's letter shall be deemed to be his answer to the complaint but shall not be construed as a motion to dismiss. Plaintiff is, therefore not required to file any further response to the motion to dismiss. The clerk will be directed to strike the notation on the docket that the letter is also a motion to dismiss. (Doc. 46.)

    Accordingly, upon due consideration, it is **ORDERED** that:

1. Plaintiff's Motion to Strike (Doc. 52) is **GRANTED**.

2. The clerk is directed to terminate the Motion to Dismiss (Doc. 47) as a pending motion.

**DONE AND ORDERED** this 31st day of May, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge