IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                                                                          CASE NO. 1:10-cv-207-SPM-GRJ

DAVID MORGAN, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. 57) and Federal Rule of Civil Procedure 41(a), Defendant Sawgrass Tiki Bar Inc. is hereby **DISMISSED WITH PREJUDICE** and Defendant John Doe No. 2 a/k/a "Peter" is hereby **DISMISSED WITHOUT PREJUDICE.** The clerk is directed to make the appropriate notation on the docket.

**DONE AND ORDERED** this 12th day of July 2011.

                                                                                                 *s/ Gary R. Jones*
                                                                             GARY R. JONES
                                                                             United States Magistrate Judge