**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SLEP-TONE ENTERTAINMENT CORP.,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 5:11-cv-32/RS-CJK**

**FAYE JOHNSON, et al.,**

    **Defendants.**

_____/

**<u>AMENDED ORDER</u>**

From the pleadings, it appears that common questions of law or fact are involved in the five trademark infringement suits filed in this Court: *Slep-Tone Entertainment Corp. v. David Morgan, et al., Slep-Tone Entertainment Corp. v. Kara-O-King Inc., et al., Slep-Tone Entertainment Corp. v. Faye Johnson, et al.*, *Slep-Tone Entertainment Corp. v. Arther Allen, et al.*, and *Slep-Tone Entertainment Corp. v. Tequila Mexico of Pensacola Inc., et al.*  Pursuant to Fed. R. Civ. P. 42 (a) (2), and with the consent of Chief Judge Casey Rodgers and Senior Judge Stephan Mickle, the five cases shall be consolidated and assigned to me.   In addition, pursuant to Fla. N.D. Loc. R. 3.1(C), the venue for the Pensacola and Gainesville cases shall be transferred to the Panama City division.

**IT IS ORDERED:**

1. The Clerk shall consolidate cases **1:10cv207-SPM/GRJ,** 5:10cv71-RS/CJK, 5:11cv32-RS/CJK, 5:11cv69-RS/EMT, and 3:11cv191-MCR/EMT.

2. The Clerk shall file a copy of this Order in each of these cases.

3. All future pleadings should be filed **only** in case 5:11cv32-RS/CJK.

4. The Motion to Set Aside the Scheduling Order (Doc. 29) in 5:11cv69 is **GRANTED**. A new scheduling order will be forthcoming for the consolidated cases.

**ORDERED** on August 29, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**