# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**SLEP-TONE ENTERTAINMENT CORP.,**

     **Plaintiff,**

**vs.**                                              **CASE NO. 5:11-cv-32/RS-CJK**

**JOHNSON et al.,**

     **Defendants.**

_____/

## ORDER

In Response to my Order (Doc. 65), Plaintiff has represented (Doc. 70) that the

following Defendants in the consolidated case 1:10-cv-207/RS-GRJ , have operations or

reside in districts outside of the Northern District:

| Defendant | Residence | District | Operations | District |
|---|---|---|---|---|
| Mac Daddy's Irish Pub, Inc. | Pasco | MD | Pasco | MD |
| David Morgan | Hillsborough | MD | Hillsborough | MD |
| Robert Kodritch | Hillsborough | MD | Hillsborough | MD |
| Nick Wright | Pasco | MD | Pasco | MD |
| Harold E. Sonnay, Jr. | Unknown | Unknown | Pasco | MD |
| Ballmer Entertainment Enterprises | Pinellas | MD | Pinellas | MD |
| Alice Ballmer | Pinellas | MD | Pinellas | MD |
| Chris Ballmer | Pinellas | MD | Pinellas | MD |

| | | | | |
|---|---|---|---|---|
| Peter A. Ravelo | Unknown | Unknown | Dade | MD |
| Jorge Ledo | Unknown | Unknown | Dade | SD |
| Frantz Baron | Unknown | Unknown | Broward | SD |
| Rod Seafood Inc. | Dade | SD | Dade | SD |
| Hume Enterprises, LLC | Dade | SD | Dade | SD |
| Holleman's Restaurant & Lounge, Inc. | Dade | SD | Dade | SD |
| Bernard Ravelo | Dade | SD | Dade | SD |

**IT IS ORDERED**:

The clerk is directed to transfer these Defendants to the appropriate district.

**ORDERED** on September 7, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**