IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,
    Plaintiff,

v.

MORGAN, et al.,
    Defendants.

CASE NO. 8:11cv2046-JSM-EAJ

## ORDER

This matter is before the Court on the amended motion (Doc. 106) of Plaintiff Slep-Tone Entertainment Corporation to enforce a settlement agreement between it and Defendants Alice and Chris Ballmer. A hearing was held on February 13, 2013, before the undersigned.

At the hearing, the Ballmers acknowledged that they agreed as part of the settlement agreement not to engage in the commercial karaoke business after the first part of December, 2012, but contended that their last show was in December 2012. The Plaintiff proffered evidence that the Ballmers had produced a karaoke show on January 8, 2013, which the Ballmers contended was a noncommercial special occasion.

The Plaintiff's motion is hereby GRANTED. The Court is satisfied that the Ballmers are aware of what constitutes the operation of a commercial karaoke business and that their agreement to do so was a material condition of the settlement. The Ballmers are hereby ORDERED to comply with the settlement agreement and not to conduct a commercial karaoke business in the future.

This matter is hereby DISMISSED WITH PREJUDICE pursuant to the settlement agreement, although the Court reserves jurisdiction to enforce this Order and the terms of the settlement agreement in the future if necessary.

IT IS SO ORDERED in Tampa, Florida on February 20, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record